UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Originating No. 1:21-cv-00751-DAE (W.D. Tex.)<br>)<br>) CLASS ACTION<br>)<br>) PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS<br>) |

4877-2878-9919.v2

PLEASE TAKE NOTICE that lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (collectively, "Plaintiffs"), hereby move this Court for an order compelling the production of documents in compliance with their document subpoena served on non-party Quanterix Corp. located in this District.

This motion is based upon the accompanying memorandum of law in support thereof, the declaration of Kevin A. Lavelle, and such other evidence and argument as the Court may consider.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts. Plaintiffs believe that oral argument will assist the Court's consideration of this motion, and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

DATED: February 1, 2024

HUTCHINGS BARSAMIAN
  MANDELCORN, LLP
THEODORE M. HESS-MAHAN (BBO #557109)

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
thess-mahan@hutchingsbarsamian.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

- 1 -

4877-2878-9919.v2

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RACHEL JENSEN
KEVIN A. LAVELLE
MEGAN A. ROSSI
HEATHER GEIGER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 2 -

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that on January 11, 2024, Plaintiffs' counsel conferred with Quanterix's' counsel regarding the Motion to Impound, and on January 12, 2024, Quanterix informed Plaintiffs that the documents at issue should be subject to the Motion to Impound.

                                                          */s/Theodore M. Hess-Mahan*
                                                          Theodore M. Hess-Mahan

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 1, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN (BBO #557109)

HUTCHINGS BARSAMIAN
    MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231

Email: thess-mahan@hutchingsbarsamian.com

## DECLARATION OF SERVICE

I, Theodore M. Hess-Mahan, not a party to the within action hereby declare that on February 1, 2024, I caused to be served the foregoing document by email on the parties to the within action, addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Daniel S. Drosman<br>Kevin A. Lavelle<br>Megan A. Rossi<br>Rachel Jensen<br>Heather Geiger<br>Jeremy Daniels | Robbins Geller Rudman & Dowd<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Fax: 619/231-7423 | dand@rgrdlaw.com<br>klavelle@rgrdlaw.com<br>mrossi@rgrdlaw.com<br>rachelj@rgrdlaw.com<br>hgeiger@rgrdlaw.com<br>jdaniels@rgrdlaw.com |
| Joe Kendall | Kendall Law Group, PLLC<br>3811 Turtle Creek Blvd.<br>Suite 1450<br>Dallas, TX 75219<br>Telephone: 214/744-3000<br>Fax: 214/744-3015 | jkendall@kendalllawgroup.com |
| Charles H. Linehan | Glancy Prongay & Murray LLP<br>Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150<br>Fax: 310/201-9160 | clinehan@glancylaw.com |
| Sammy Ford, IV | Ahmad, Zavitsanos & Mensing, PLLC<br>1221 McKinney St.<br>Suite 2500<br>Houston, TX 77010<br>Telephone: 713/655-1101<br>Fax: 713-655-0062 | sford@azalaw.com |

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| James N. Kramer<br>Alexander K. Talarides | Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415/773-5700<br>Fax:  415/773-5759 | jkramer@orrick.com<br>atalarides@orrick.com |
| Claudia Wilson Frost | Orrick, Herrington & Sutcliffe LLP<br>609 Main<br>40th Floor<br>Houston, TX 77002<br>Telephone: 713/658-6400<br>Fax:  713/658-6401 | cfrost@orrick.com |
| William J. Foley | Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:  212/506-5000<br>Fax:  212/506.5151 | wfoley@orrick.com |
| Adam B. Miller<br>Sloan Renfro<br>Jennifer Cygnor | Orrick, Herrington & Sutcliffe LLP<br>2001 M Street NW<br>Suite 500<br>Washington, DC 20036<br>Telephone:  202/349-8000<br>Fax:  202-349-8080 | adam.miller@orrick.com<br>srenfro@orrick.com<br>jcygnor@orrick.com |

**COUNSEL FOR QUANTERIX CORP.:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Katherine Galle | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center,<br>Boston, MA 02111<br>Telephone: 617/348-1803 | kngalle@mintz.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2024, at Wellesley Hills, Massachusetts.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

4864-2475-9398.v2