UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | ) ) ) | Originating No. 1:21-cv-00751-DAE (W.D. Tex.) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) | CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS |

4890-9712-2977.v2

THIS MATTER, having been brought before this Court by Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao (collectively, "Plaintiffs") for an order granting their Motion to Compel the Production of Documents (the "Motion") with the document subpoena served on non-party Quanterix Corp.  Having reviewed the Motion, and good cause appearing, the Court concludes that the Motion should be, and is hereby GRANTED.

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE _____
UNITED STATES DISTRICT JUDGE