UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Originating No. 1:21-cv-00751-DAE (W.D. Tex.)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO IMPOUND PURSUANT TO LOCAL RULE 7.2 |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

4891-6074-3070.v4

THIS MATTER, having been brought before this Court by lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (collectively, "Plaintiffs") for an order sealing: (a) an unredacted copy of the Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Documents ("Memorandum of Law"); and (b) Exhibits E-X to the Memorandum of Law, which were designated as "Confidential" by non-party Quanterix Corp. ("Quanterix") pursuant to the Confidentiality and Protective Order (ECF 116)[1], which was entered by the Honorable David Alan Ezra on August 14, 2023 in the United States District Court for the Western District of Texas, where this action is pending.  With good and sufficient reason appearing therefore,

IT IS on this ____ day of _____, 2024 ORDERED AS FOLLOWS:

1. An unredacted copy of the Memorandum of Law, and Exhibits E-X to the Memorandum of Law, shall be filed under seal; and

2. A copy of this Order shall be provided to counsel for non-party Quanterix within ____ days of receipt of this Order by counsel for Plaintiffs.

DATED: _____   _____
                               THE HONORABLE _____
                               UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise noted, all ECF references are to *In re Cassava Sciences, Inc.*, 1:21-cv-00751-DAE (W.D. Tex.).

4891-6074-3070.v4