UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CASSAVA SCIENCES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Originating No. 1:21-cv-00751-DAE (W.D. Tex.) <br><br> CLASS ACTION <br><br> PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO IMPOUND PURSUANT TO LOCAL RULE 7.2 |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

4893-2196-1374.v4

Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), counsel for lead plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar Rao (collectively, "Plaintiffs") respectfully submit this memorandum of law in support of Plaintiffs' Motion to Impound Pursuant to Local Rule 7.2 ("Motion to Impound").

This litigation is subject to a Confidentiality and Protective Order (ECF 116)[1] ("Protective Order"), which was entered by the Honorable David Alan Ezra on August 14, 2023 in the United States District Court for the Western District of Texas, where this action is pending.

Section 12 of the Protective Order states:

> In the event a party wishes to use any Confidential Information or Highly Confidential Information in affidavits, declarations, briefs, memoranda of law, or other papers filed in this litigation, the party shall do one of the following: (1) with the consent of the producing party, file only a redacted copy of the information; (2) where appropriate (*e.g.*, in connection with discovery and evidentiary motions) provide the information solely for in camera review; or (3) file such information under seal with the Court consistent with the sealing requirements of the Court.

ECF 116 at 8. Local Rule 7.2(d) requires a motion for impoundment each time a party seeks to impound a document or group of documents.

In support of the Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Documents ("Memorandum"), Plaintiffs seek to provide as Exhibits E-X documents that non-party Quanterix Corp. ("Quanterix") designated as "Confidential" pursuant to the Protective Order. Certain portions of the Memorandum quote or disclose information from Exhibits E-X. Plaintiffs believe that these materials may assist the Court's consideration of Plaintiffs' Motion to Compel the Production of Documents.

---

[1]   Unless otherwise noted, all ECF references are to *In re Cassava Sciences, Inc.*, 1:21-cv-00751-DAE (W.D. Tex.).

- 1 -

The Protective Order requires Plaintiffs to file Exhibits E-X under seal because Quanterix designated them as "Confidential." Plaintiffs take no position at this time on the appropriateness of Quanterix's confidentiality designations to Exhibits E-X. In accordance with the Protective Order and to avoid publicly disclosing information that Quanterix designated as "Confidential," Plaintiffs respectfully request that the Court allow an unredacted copy of the Memorandum, and Exhibits E-X to the Memorandum, to be filed and impounded pursuant to Local Rule 7.2.

Pursuant to Local Rule 7.2(a), the impoundment order can be lifted on the earliest of agreement of the parties, further order of the Court, or upon return of the materials to the parties at the close of the case. Pursuant to Local Rule 7.2(c), which requires Court approval before submitting confidential materials under seal, Plaintiffs will promptly submit to the Court an unredacted copy of the Memorandum, and Exhibits E-X to the Memorandum, should the Court grant the Motion to Impound.

On January 11, 2024, Plaintiffs' counsel conferred with Quanterix's' counsel regarding the Motion to Impound, and on January 12, 2024, Quanterix informed Plaintiffs that the documents at issue should be subject to the Motion to Impound.

DATED: February 1, 2024

HUTCHINGS BARSAMIAN
  MANDELCORN, LLP
THEODORE M. HESS-MAHAN (BBO #557109)

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: 781/431-2231
thess-mahan@hutchingsbarsamian.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

>ROBBINS GELLER RUDMAN
>   & DOWD LLP
>DANIEL S. DROSMAN
>RACHEL JENSEN
>KEVIN A. LAVELLE
>MEGAN A. ROSSI
>HEATHER GEIGER
>655 West Broadway, Suite 1900
>San Diego, CA  92101
>Telephone:  619/231-1058
>619/231-7423 (fax)
>dand@rgrdlaw.com
>rachelj@rgrdlaw.com
>klavelle@rgrdlaw.com
>mrossi@rgrdlaw.com
>hgeiger@rgrdlaw.com
>
>Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone
>
>GLANCY PRONGAY & MURRAY LLP
>CHARLES H. LINEHAN
>1925 Century Park East, Suite 2100
>Los Angeles, CA  90067
>Telephone:  310/201-9150
>310/201-9160 (fax)
>clinehan@glancylaw.com
>
>Counsel for Additional Plaintiff Manohar K. Rao

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 1, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN (BBO #557109)

HUTCHINGS BARSAMIAN
     MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone:  781/431-2231

Email:  thess-mahan@hutchingsbarsamian.com

## DECLARATION OF SERVICE

I, Theodore M. Hess-Mahan, not a party to the within action hereby declare that on February 1, 2024, I caused to be served the foregoing document by email on the parties to the within action, addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Daniel S. Drosman<br>Kevin A. Lavelle<br>Megan A. Rossi<br>Rachel Jensen<br>Heather Geiger<br>Jeremy Daniels | Robbins Geller Rudman<br>& Dowd<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Fax: 619/231-7423 | dand@rgrdlaw.com<br>klavelle@rgrdlaw.com<br>mrossi@rgrdlaw.com<br>rachelj@rgrdlaw.com<br>hgeiger@rgrdlaw.com<br>jdaniels@rgrdlaw.com |
| Joe Kendall | Kendall Law Group, PLLC<br>3811 Turtle Creek Blvd.<br>Suite 1450<br>Dallas, TX 75219<br>Telephone: 214/744-3000<br>Fax: 214/744-3015 | jkendall@kendalllawgroup.com |
| Charles H. Linehan | Glancy Prongay & Murray LLP<br>Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/201-9150<br>Fax: 310/201-9160 | clinehan@glancylaw.com |
| Sammy Ford, IV | Ahmad, Zavitsanos &<br>Mensing, PLLC<br>1221 McKinney St.<br>Suite 2500<br>Houston, TX 77010<br>Telephone: 713/655-1101<br>Fax: 713-655-0062 | sford@azalaw.com |

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| James N. Kramer<br>Alexander K. Talarides | Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415/773-5700<br>Fax:  415/773-5759 | jkramer@orrick.com<br>atalarides@orrick.com |
| Claudia Wilson Frost | Orrick, Herrington & Sutcliffe LLP<br>609 Main<br>40th Floor<br>Houston, TX 77002<br>Telephone: 713/658-6400<br>Fax:  713/658-6401 | cfrost@orrick.com |
| William J. Foley | Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:  212/506-5000<br>Fax:  212/506.5151 | wfoley@orrick.com |
| Adam B. Miller<br>Sloan Renfro<br>Jennifer Cygnor | Orrick, Herrington & Sutcliffe LLP<br>2001 M Street NW<br>Suite 500<br>Washington, DC 20036<br>Telephone:  202/349-8000<br>Fax:  202-349-8080 | adam.miller@orrick.com<br>srenfro@orrick.com<br>jcygnor@orrick.com |

**COUNSEL FOR QUANTERIX CORP.:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Katherine Galle | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center,<br>Boston, MA 02111<br>Telephone: 617/348-1803 | kngalle@mintz.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2024, at Wellesley Hills, Massachusetts.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

4864-2475-9398.v2