UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOHAMMAD BOZORGI, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 1:24-mc-91041 |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | MOTION TO ADMIT COUNSEL *PRO HAC* |
| vs. | ) | *VICE* |
| | ) | |
| CASSAVA SCIENCES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

4855-6548-5475.v1

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves for the Court to enter an Order granting Kevin A. Lavelle to appear on behalf of Plaintiffs and practice before this Court in the above-caption action.

As grounds therefor, the undersigned represents the following:

1.      Kevin A. Lavelle was admitted to the bar of the State of California in 2013.

2.      Kevin A. Lavelle is a member in good standing in every jurisdiction where he has been admitted to practice.

3.      No disciplinary proceedings are pending against Kevin A. Lavelle as a member of any bar in any jurisdiction.

4.      Kevin A. Lavelle has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.      Kevin A. Lavelle has represented to the undersigned that he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, Kevin A. Lavelle has submitted herewith his Certification of Good Standing as required by Local Rule 83.5.3.

DATED:  February 7, 2024

Respectfully submitted,

HUTCHINGS BARSAMIAN
  MANDELCORN, LLP
THEODORE M. HESS-MAHAN (BBO #557109)

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone:  781/431-2231
thess-mahan@hutchingsbarsamian.com

Local Counsel for Lead Plaintiff and Additional
Plaintiff Ken Calderone

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RACHEL JENSEN
KEVIN A. LAVELLE
MEGAN A. ROSSI
HEATHER GEIGER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional
Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that counsel for the respective parties have conferred and have attempted in good faith to resolve or narrow the issue(s) raised in this motion.  Counsel for Quanterix takes no position on the motion.  Counsel for Cassava has no objection to the motion.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

4855-6548-5475.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 7, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

HUTCHINGS BARSAMIAN MANDELCORN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)

Email:  thess-mahan@hutchingsbarsamian.com

4855-6548-5475.v1

## CERTIFICATION OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Kevin A. Lavelle, hereby certify that:

1.     I was admitted to the bar of the State of California in 2013.

2.     I am a member in good standing in every jurisdiction where I have been admitted practice.

3.     No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.     I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6.     My name, firm name, street address, telephone number, fax number and email address are as follows:

Kevin A. Lavelle
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
klavelle@rgrdlaw.com

_____
KEVIN A. LAVELLE

Dated: February 7, 2024