UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMAD BOZORGI, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CASSAVA SCIENCES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:24-mc-91041<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE |

4885-3895-4663.v1

Please enter the appearance of Rachel L. Jensen on behalf of Lead Plaintiff Mohammad Bozorgi and additional plaintiffs Ken Calderone and Manohar K. Rao in the above-referenced matter.

DATED:  February 22, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
RACHEL JENSEN
KEVIN A. LAVELLE
MEGAN A. ROSSI
HEATHER GEIGER

*s/ Rachel L. Jensen*
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
rachelj@rgrdlaw.com
klavelle@rgrdlaw.com
mrossi@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

HUTCHINGS BARSAMIAN
  MANDELCORN, LLP
THEODORE M. HESS-MAHAN (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone:  781/431-2231
thess-mahan@hutchingsbarsamian.com

Local Counsel for Lead Plaintiff and Additional Plaintiff Ken Calderone

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com

Counsel for Additional Plaintiff Manohar K. Rao

- 2 -

4885-3895-4663.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 22, 2024, I filed the foregoing document electronically, that the foregoing document will be served electronically to registered CM/ECF participants via the NEF, and that I will send paper copies to non-registered participants as indicated on the NEF.

*s/ Rachel L. Jensen*
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  rjensen@rgrdlaw.com

4885-3895-4663.v1