# Exhibit 1

**Katherine N. Galle**
617 348 1803
kngalle@mintz.com



MINTZ

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

July 11, 2023

**VIA E-MAIL: MROSSI@RGRDLAW.COM**

Megan A. Rossi
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

  Re: ***In Re Cassava Sciences, Inc. Securities Litigation***
    C.A. No. 1:21-CV-00751-DAE

Attorney Rossi:

  Following up on my conversation with your office, we represent non-party Quanterix Corporation ("Quanterix") in connection with a Rule 45 Subpoena for Documents ("the Requests") propounded by Lead Plaintiff Mohamman Bozorgi and Additional Plaintiff Ken Calderone ("Plaintiffs") in the above-captioned action ("action").

  Reserving the right to assert additional formal objections, Quanterix objects to Plaintiffs' Requests on the following grounds:

1. Requests 2, 3, 4, 5, 6, 7, and 8, including the definitions and instructions contained therein, seek documents or information protected by the attorney-client privilege, the work-product immunity, business strategy immunity, or any other applicable privilege or immunity from discovery. The scope of the aforementioned requests does not limit the requests to non-privileged documents.

2. Requests 3, 4, 5, 6, 7, and 8, including the definitions and instructions contained therein, seek documents or information for a time period that is overly broad, unduly burdensome, and irrelevant to the matters at issue in the action.

3. Requests 3, 4, 5, 6, 7, and 8, including the definitions and instructions contained therein, seek documents or information that are equally accessible to Plaintiffs from Defendant Cassava. The scope of the aforementioned requests is not limited to documents solely controlled by Quanterix, and requests documents that are equally accessible from the parties in this action, namely Cassava.

  The absence of any objection above should not be construed as a waiver of any General or Specific Objections. If necessary, Quanterix will formally serve its responses and objections to Plaintiffs' Subpoena for Documents prior to the completion of Quanterix's responses to the Requests.

  Notwithstanding these objections, Quanterix will produce responsive, non-privileged documents for relevant custodians in response to the Requests on a rolling basis. Attached to this letter please find Quanterix's first production (Quanterix_Cassava_Sec_Litig_0000001-0002578). As discussed previously with your office, Quanterix's production is confidential to the parties of this action

**MINTZ**

Megan A. Rossi
July 11, 2023
Page 2



and conditioned upon the existence of a suitable protective order agreed to by the parties or entered in the action.  Please provide any such protective order at your earliest convenience.

    In the meantime, should you have any questions about Quanterix's objections or the timing and content of any Quanterix production, please do not hesitate to contact me.

                                              Very Truly Yours,

                                              /Katherine N. Galle/
                                              Katherine N. Galle
                                              Associate

507345534v.2