# UNITED STATED DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

BOZOEGIS et al,                    )
                                   )
                     Plaintiffs,   )
        v.                         )
                                   )        Case No. 1:24-mc-91041-AK
CASSAVA SCIENCES, INC. et al,      )
                     Defendants.   )
                                   )

---

## NON-PARTY QUANTERIX'S UNOPPOSED MOTION TO IMPOUND AND SEAL UN-REDACTED RESPONSES TO PLAINTIFFS' OBJECTIONS TO THE MAY 9, 2024 REPORT AND RECOMMENDATION DENYING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM QUANTERIX CORP.

Pursuant to Local Rule 7.2, Non-Party Quanterix Corporation ("Quanterix") moves for an order sealing and impounding Quanterix's un-redacted Responses to Plaintiffs Bozoegis et al.'s ("Plaintiffs") Objections (Doc No. 37, "Objections") to Magistrate Page Kelley's May 9, 2024 Report and Recommendation (Doc No. 31, "Report") ("Responses") recommending denying Plaintiffs' Motion to Compel documents listed in Quanterix's privilege log, until further order of the Court.

Quanterix seeks impoundment of the un-redacted Responses because it contains information that is considered confidential to Quanterix and to potentially ongoing investigations of governmental agencies. The Responses also reference the sealed Affidavit of John C. Dougherty (Doc No. 20-2) which contains confidential information regarding the details of Attorney Dougherty's retention by Quanterix as well as legal strategies implemented in his representation of Quanterix.

Plaintiffs do not oppose this motion.

Wherefore, Quanterix respectfully requests that the Court ALLOW this Motion and order that Quanterix's Responses be impounded until further order of the Court.

Dated:  June 5, 2024

Respectfully submitted,

**NON-PARTY**
**QUANTERIX CORPORATION**

By its attorneys,

_Katherine Galle_

Katherine Galle, BBO # 691660
John C. Dougherty, BBO # 569186
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000
kngalle@mintz.com
jcdougherty@mintz.com

## <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on June 5, 2024, counsel for non-party Quanterix conferred with counsel for Plaintiffs in good faith effort to resolve or narrow the issues presented in the foregoing motion. Counsel for the Plaintiffs advise that they do not oppose the relief requested in this motion.

_____

Katherine Galle

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on June 5, 2024.

_____

Katherine Galle